UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 18-11500-DJC |
| ) | |
| GOVERNOR CHARLES BAKER, ) | |
| ) | |
| Respondent. ) | |

## FINAL ORDER OF DISMISSAL

**CASPER, J.**                                                                      **April 29, 2019**

For the reasons stated in Order dated April 29, 2019, this action is dismissed.


ROBERT M. FARRELL
CLERK OF COURT


Dated: 4/29/2019                             By /s/ Lisa Hourihan
                                                            Deputy Clerk