Civil Action Docket
# 18-11500

**SEALED**

# UNITED STATES DISTRICT COURT   DJC

# FOR THE JUDICIAL DISTRICT OF MASSACHUSETTS

# EASTERN DIVISION

| | |
|---|---|
| Jane Doe petitioner v. Baker respondant | File Notice! Affidavit of Good Faith per 20 pages MEMORANDUM AND ORDER |

## TO THE HONORABLE CLERK OF THE DISTRICT COURT:

Friend of mother of Jane Doe with respect to above docketed action

RESPECTFULLY  NOTICES:

presentation of affidavit of good faith required per 27 pages MEMORANDUM AND ORDER per Judge Woodlock.

annexed! affidavit of good faith.

———— Certificate of Service ————
To No One

Dated: Monday, April 29, 2019

Signed: _____

David Koplow
Post Office Box
#505495
Chelsea, Massachusetts
02150

# AFFIDAVIT

Required per 27 pages MEMORANDUM
AND ORDER per judge Woodlock

I am David Koplow

I declare I have petitioned
to be Great Writ NEXT
FRIEND to Jane Doe in common
intent with mother of Jane
Doe, in good faith.

I declare under penalty of
perjury the foregoing is true.

Dated: Monday, April 29, 2019

Signed: _____

David Koplow, Post Office
Box # 505495, Chelsea
Massachusetts 02150.